ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:05-mj-00025 |
| | ) | |
| Plaintiff, | ) | REQUEST FOR SUBPOENA |
| | ) | DUCES TECUM AND ORDER |
| | ) | THEREON |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES V. TUCKER, | ) | Date:  October 5, 2005 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Court: U.S. Magistrate |
| | ) | Judge: Hon. William M. |
| | ) |             Wunderlich |
| _____ | ) | |

The United States Government, through its representative Elizabeth Waldow, respectfully requests that the Clerk of the Court issue a subpoena duces tecum naming:

            Bill Carroll
            Postmaster
            Yosemite Post Office
            Yosemite, California 95389

and order the production of any and all documents as requested pursuant to Federal Rules of Criminal Procedure 17(c).

The requested information is evidentiary and relevant because it serves to establish the defendant's residence. The information cannot be obtained through due diligence because of the confidential nature of these documents. The Government requires this information to competently prepare for trial and

1

failure to obtain these records for inspection may unnecessarily delay the proceedings.

This application is hereby made to the Court in good faith.

Respectfully submitted,

Dated: September 28, 2005        /s/ Elizabeth Waldow
                                 ELIZABETH WALDOW
                                 Acting Legal Officer
                                 National Park Service

IT IS SO ORDERED.

**Dated:   September 29, 2005            /s/  William M. Wunderlich**
bok                                      UNITED STATES MAGISTRATE JUDGE

2