X

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William M. Wunderlich
United States Magistrate Judge
Yosemite, California

                            RE:   Charles V. TUCKER
                                   Docket Number: 6:05M00028-01
                                   **REQUEST FOR CONTINUANCE OF**
                                   **SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case, currently scheduled for sentencing on December 20, 2005, be continued to January 10, 2006, at 10:00 a.m.

**REASON FOR CONTINUANCE:**

The presentence report is completed with the exception of the recommendation. As noted during our discussion in Your Honor's Chambers, there are still other parties who I would like to receive input from before making a recommendation.

If you require any additional information regarding this matter, please do not hesitate to contact me at (209) 574-9481.

                                              Respectfully submitted,

                                              /s/ Casey Horner, Sr.

                                         **CASEY HORNER, SR.**
                                         **Senior United States Probation Officer**

Dated:     December 15, 2005
                Modesto, California
                CKH:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                            **DEBORAH A. SPENCER**
                            **Supervising United States Probation Officer**

**RE:    Charles V. TUCKER**
**Docket Number:  6:05M00028-01**


cc:    Elizabeth Waldow
       Law Enforcement Officer

       Carol A. Moses
       Defense Counsel


**APPROVED:   X**                                **DISAPPROVED:  _____**

---

**WILLIAM M. WUNDERLICH**                                        **DATE**
**United States Magistrate Judge**


IT IS SO ORDERED.

**Dated:   December 19, 2005**                 **/s/  William M. Wunderlich**
mmkd34                                         UNITED STATES MAGISTRATE JUDGE