**UNITED STATES DISTRICT COURT**
_____Eastern_____ District of ___California___

JUDGMENT

UNITED STATES OF AMERICA

V.

Case Number: 6:05-mj-0028-WMW

Charles V. Tucker

Carol A. Moses
Defendant's Attorney

THE DEFENDANT:

[X]   Found guilty to counts One, Three and Four                                             .

   Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 2.61(a) | Reside in Park Lands | One | |
| 36 CFR 2.22 (a)(3) | Failure to Turn in Found Property | Three | |
| 36 CFR 2.10(b)(2) | Leaving Camping Equipment | Four | |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:
xxx-xx-3573

February 21, 2006
Date of Imposition of Sentence

Defendant's mailing address:

_Signature of Judicial Officer_

William M. Wunderlich
U.S. Magistrate Judge
Name and Title of Judicial Officer

Defendant's residence address:

Date:

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page 2 of 2*

*Defendant:* Charles V. Tucker
*Case Number:* 6:05-mj-0028-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

24 months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

*1. Defendant shall remain outside of Yosemite National Park for the duration of unsupervised probation. This condition shall be suspended for the probation term, if there are any violations of probation, defendant will not be permitted to enter Yosemite National Park for remainder of the probation term.*

*2. The defendant shall pay a $10 special assessment for each count of conviction, for a total of $30. Fine shall be paid to The Clerk of Court in Sacramento, CA within 60 days of sentencing.*

*3. As directed by the U.S. Probation Officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.*

*4. The defendant shall remain outside the boundaries of Yosemite National Park from 10:00 p.m. to 6:00 a.m., every night, unless he has a legal permit to remain overnight in Yosemite National Park.*

*5. The defendant shall be required to provide Yosemite National Park Rangers, a copy of any permit allowing the defendant to spend the night in the park.*

*6. The defendant shall be required to provide Yosemite National Park Rangers, verification that he entered the park legally, namely a receipt showing payment for entrance to the park, or possession of a legitimate pass.*

*7. With reasonable justification, the defendant shall submit to a property search without the necessity of a search warrant.*

*8. Defendant shall seek and maintain gainful employment and upon request, provide proof to the U.S. Probation Officer*